# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JALESA BIANCA ALEXANDER | ) | CASE NO. 18-42084-BEM |
| | ) | |
| Debtor. | ) | |

## AMENDED MOTION TO IMPOSE AUTOMATIC STAY

COME NOW Debtor, JALESA BIANCA ALEXANDER, and asks this Court pursuant to 11 U.S.C. Section 105 to impose the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors and show the Court the following:

1.

On September 5, 2018, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 18-41481 was filed on June 28, 2018 (the "First Case") and dismissed on August 21, 2018.

3.

Debtor's First Case was dismissed for failure to pay filing fee. Debtor unexpectedly lost her job shortly after filing her Chapter 13 bankruptcy case. This caused a financial hardship on the debtor and she was unable to pay her second filing fee installment, resulting in her case being dismissed.

4.

Debtor filed the instant case to recover her repossessed vehicle, pay her furniture loan, and also address her other unsecured debts. Debtor has a new job earning gross monthly wages of a little more than $1900 per month. Debtor is able to propose a feasible Chapter 13 Plan payment that will allow the Debtor to pay both her Chapter 13 Plan payments and ongoing monthly living expenses. Due to no fault of the Debtor, the Motion to Extend Stay was not filed in a timely fashion in this case. Imposing the automatic stay will help Debtor prevent a repossession of her vehicles which she needs to get to and from her place of employment which allows Debtor to fund the instant Chapter 13 case.

5.

Debtor has filed the instant case in good faith.  Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and impose the automatic stay.  Debtor asks the Court to allow her the opportunity to be successful in her current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and pursuant to 11 U.S.C. Section 105 that the automatic stay of 11 U.S.C. Section 362(a) be imposed against all creditors.

Dated this 18th day of October, 2018.

Respectfully Submitted,
___/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JALESA BIANCA ALEXANDER | ) | CASE NO. 18-42084-BEM |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that JALESA BIANCA ALEXANDER have filed a Motion to Impose Automatic Stay and related papers with the Court seeking an Order on the Motion to Impose Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Impose Automatic Stay in Courtroom 342, 600 East First Street, Rome, Georgia 30161 at 10:30 A.M. on November 14, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, Richard B. Russell Building, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 18, 2018

                                                                                                       /s/
                                                       Howard Slomka, Esq.
                                                       Georgia Bar # 652875
                                                       Slipakoff & Slomka, PC
                                                       Attorney for Debtor
                                                       2859 Paces Ferry Rd, SE, Suite 1700
                                                       Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JALESA BIANCA ALEXANDER | ) | CASE NO. 18-42084-BEM |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Jalesa Bianca Alexander
612 Golden St Apt 10
Rockmart, GA 30153

Floyd Healthcare Management
Floyd Medical Center
P.O. Box 233
Rome, GA 30162
Attn: Marilyn Trotter

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508
Attn: David Kim

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: October 18, 2018

　　　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　　Howard Slomka, Esq.

Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing         Aaron Sales & Lease Ow              Jalesa Bianca Alexander
113E-4                                  309 E Paces Ferry                   612 Golden Street
Case 18-42084-bem                       Atlanta, GA 30305-2367              Apt 10
Northern District of Georgia                                                Rockmart, GA 30153-1771
Rome
Wed Sep 26 09:34:31 EDT 2018

(p)W S BADCOCK CORPORATION              Dept Of Education/neln              Enhanced Recovery Co L
POST OFFICE BOX 724                     121 S 13th St                       8014 Bayberry Rd
MULBERRY FL 33860-0724                  Lincoln, NE 68508-1904              Jacksonville, FL 32256-7412


Family Savings Credit                   (p)GEORGIA DEPARTMENT OF REVENUE    Internal Revenue Service
711 E Meighan Blvd                      COMPLIANCE DIVISION                 PO Box 7346
Gadsden, AL 35903-1996                  ARCS BANKRUPTCY                     Philadelphia, PA 19101-7346
                                        1800 CENTURY BLVD NE SUITE 9100
                                        ATLANTA GA 30345-3202


Polk County Hospital                    Scana Energy Marketing              Security Fin
2360 Rockmart Hwy                       3344 Peachtree Rd Ne Ste            C/o Security Finance
Cedartown, GA 30125-6029                Atlanta, GA 30326-4808              Spartanburg, SC 29304


Howard P. Slomka                        Mary Ida Townson                    US Department of Education c/o Nelnet
Slipakoff & Slomka, PC                  Chapter 13 Trustee                  121 South 13th Street, Suite 201
Overlook III - Suite 1700               Suite 2200                          Lincoln, NE 68508-1911
2859 Paces Ferry Rd, SE                 191 Peachtree Street, NE
Atlanta, GA 30339-6213                  Atlanta, GA 30303-1770


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Badcock Furniture                       Georgia Department of Revenue       End of Label Matrix
1405 Iris Drive SE                      1800 Century Blvd                   Mailable recipients    15
Conyers, GA 30013                       Suite 17200                         Bypassed recipients     0
                                        Atlanta, GA 30345                   Total                  15
```